*General Sobeloff, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 669. FINN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Sobeloff* for the United States.

No. 627. SHANKS VILLAGE RESIDENTS ASSOCIATION, INC. ET AL. *v.* COLE, ADMINISTRATOR, HOUSING AND HOME FINANCE AGENCY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Milton M. Carrow* and *Henry J. Fox* for petitioners. *Solicitor General Sobeloff* and *Assistant Attorney General Morton* for respondent.

No. 630. BARD-PARKER Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Stanley Worth* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Baum* for respondent.

No. 242, Misc. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 308, Misc. WINSTON *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.